UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Starmac, Inc. et al,

        Plaintiffs,

    v.

City of Minneapolis et al,

        Defendants.

Civil 12-cv-3055 JNE/FLN

REPORT AND RECOMMENDATION

_____

On July 8, 2014, the Court granted the motion of Plaintiffs' counsel to withdraw. As the Plaintiffs' claims now appear to belong to the Bankruptcy Trustee, the Court noted in its July 8 Order that this case would be dismissed if the Bankruptcy trustee did not enter an appearance by August 1, 2014. On July 31, 2014, the Bankruptcy Trustee, Randall L. Seaver, filed a response to the Court's July 8 Order in which he stated that the Bankruptcy Trustee would not be entering an appearance in this case.

Based upon the foregoing, and all of the files records and proceedings herein, it is hereby RECOMMENDED that the above captioned case be dismissed.

DATED: August 5, 2014
                                                                                                     _s/Franklin L. Noel_
                                                                                                     FRANKLIN L. NOEL
                                                                                                     United States Magistrate Judge

Pursuant to the Local Rules, any party may object to this Report and Recommendation by filing with the Clerk of Court and serving on all parties, on or before August 25, 2014, written objections that specifically identify the portions of the proposed findings or recommendations to which objection is being made, and a brief in support thereof. A party may respond to the objecting party's brief within fourteen (14) days after service thereof. All briefs filed under the rules shall be limited to 3,500 words. A judge shall make a de novo determination of those portions to which objection is made.

Unless the parties are prepared to stipulate that the District Court is not required by 28 U.S.C. § 636 to review a transcript of the hearing in order to resolve all objections made to this Report and Recommendation, the party making the objections shall timely order and cause to be filed by **August 25, 2014** a complete transcript of the hearing.

This Report and Recommendation does not constitute an order or judgment of the District Court, and it is, therefore, not appealable to the Circuit Court of Appeals.