UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Starmac, Inc., and Richard Nelson,

      Plaintiffs,

v.

                                         Civil No. 12-3055 (JNE/FLN)
                                         ORDER

City of Minneapolis, Grant Wilson, Greg
Buenning, and Matt Clark,

      Defendants.

In May 2014, Richard Nelson filed a chapter 7 bankruptcy case. The next month, Plaintiffs' counsel moved to withdraw without substitution. *See* D. Minn. LR 83.7(c). In July 2014, the Honorable Franklin L. Noel, United States Magistrate Judge, granted the motion to withdraw without substitution, noted that a corporation may not appear pro se, and stated that the action would be dismissed if the bankruptcy trustee declined to appear in this case. The bankruptcy trustee declined to appear in this case. In August 2014, the magistrate judge recommended that the action be dismissed. No objection to the Report and Recommendation has been filed. Having conducted a de novo review of the record, the Court accepts the recommendation to dismiss the action. *See* D. Minn. LR 72.2(b). The Court dismisses the action without prejudice. Therefore, IT IS ORDERED THAT:

1.     This action is DISMISSED WITHOUT PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: August 29, 2014

                                    s/Joan N. Ericksen
                                    JOAN N. ERICKSEN
                                    United States District Judge